# EXHIBIT B

INVOICE NO.: 5165jg

Wisconsin Interscholastic Athletic Association
P.O. Box 267
Stevens Point, WI 54481-0267
Telephone (715) 344-8580 - FAX (715) 344-4241

November 25, 2008

*Todd Clark*
*320*

DAVE HELLER
JORUNAL INTERACTIVE
333 W STATE ST
MILWAUKEE WI 53201

**SECOND REQUEST**

| | | Cost Each | Cost Total |
|---|---|---|---|
| ___ | 2008 State Football Phone Line Fee | | |
| ___ | 2008 State Football Wireless Fee | | |
| X | 2008 State Football Live Play-by-Play Blogging Fee | 100/gm | 700.00 |
| X | 2008 State Football Parking Fee | | 20.00 |
| ___ | 2008 State Girls Volleyball Broadcast Fee | | |
| ___ | 2008 State Girls Volleyball Wireless Fee | | |
| ___ | 2008 State Girls Volleyball Phone Line Fee | | |
| ___ | 2008 State Boys Volleyball Phone Line Fee | | |
| ___ | 2008 State Boys Volleyball Wireless Fee | | |
| ___ | 2008 State Boys Volleyball Broadcast Fee | | |
| ___ | 2008 State Boys Soccer Wireless Access Fee | | |
| ___ | 2008 State Boys Soccer Broadcast Fee | | |
| ___ | 2008 State Girls Swimming Wireless Access | | |

Total Amount Due .................................................. $720.00

Return copy with your payment in enclosed envelope.
Please make your check payable to the Wisconsin Interscholastic Athletic Association.
**PAYMENT IS DUE WITHIN 30 DAYS OF INVOICE**

EXHIBIT B

WNA000670