# EXHIBIT B

**INVOICE NO.: 5176jg**

Wisconsin Interscholastic Athletic Association
P.O. Box 267
Stevens Point, WI 54481-0267
Telephone (715) 344-8580 -- FAX (715) 344-4241

November 25, 2008

ROB HERNANDEZ
WIS STATE JOURNAL
1901 FISH HATCHERY RD
MADISON WI 53711

*[Handwritten note:] We will not pay the $200 blogging fee. Please make the check for $242.00*

| | | Cost Each | Cost Total |
|---|---|---|---|
| | 2008 State Football Phone Line Fee | | |
| X | 2008 State Football Wireless Fee | | 90.00 |
| X | 2008 State Football Live Play-by-Play Blogging Fee | 100/gm | 200.00 ✗ |
| X | 2008 State Football Parking Fee | | 92.00 |
| | 2008 State Girls Volleyball Broadcast Fee | | |
| X | 2008 State Girls Volleyball Wireless Fee | | 30.00 |
| | 2008 State Girls Volleyball Phone Line Fee | | |
| | 2008 State Boys Volleyball Phone Line Fee | | |
| | 2008 State Boys Volleyball Wireless Fee | | |
| | 2008 State Boys Volleyball Broadcast Fee | | |
| | 2008 State Boys Soccer Wireless Access Fee | | |
| | 2008 State Boys Soccer Broadcast Fee | | |
| X | 2008 State Girls Swimming Wireless Access | | 30.00 |

Total Amount Due $442.00

*[Handwritten:]*
136.26118.0.629020.000: $92.00 parking  } $242.00
136.26118.0.642011.000: $150.00 wireless }

Return copy with your payment in enclosed envelope.
Please make your check payable to the Wisconsin Interscholastic Athletic Association.

**PAYMENT IS DUE WITHIN 30 DAYS OF INVOICE**


EXHIBIT B

WNA000184