IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WISCONSIN INTERSCHOLASTIC ATHLETIC
ASSOCIATION and AMERICAN-HIFI, INC.,

    Plaintiffs,

v.

GANNETT CO., INC. and WISCONSIN
NEWSPAPER ASSOCIATION, INC.,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-155-wmc

---

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered declaring:

1. Plaintiff American-HiFi's exclusive license with plaintiff WIAA for streaming WIAA tournament events over the internet does not violate the free press clause of the First Amendment or the equal protection clause of the Fourteenth Amendment.

2. Plaintiffs do not violate defendants' rights under the free press clause by charging a fee for streaming games over the internet or failing to include more specific standards than those included in WIAA's 2009-2010 Media Policies for granting permission to defendants for streaming games.

3. Defendants have not acquired a copyright with respect to the four tournament games they streamed without plaintiffs' permission in 2008.

Approved as to form this 8th day of June, 2010.

_____
William M. Conley, District Judge

_____     6/9/10
Peter Oppeneer, Clerk of Court         Date