# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

August 24, 2011

CERTIFIED COPY
A True Copy
Teste:

_[signature]_
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

Before:

WILLIAM J. BAUER, Circuit Judge
DIANE P. WOOD, Circuit Judge
DAVID F. HAMILTON, Circuit Judge

| | |
|---|---|
| No.: 10-2627 | WISCONSIN INTERSCHOLASTIC ATHLETIC ASSOCIATION, et al., Plaintiffs - Appellees<br><br>v.<br><br>GANNETT COMPANY, INCORPORATED, et al., Defendants - Appellants |

**Originating Case Information:**

District Court No: 3:09-cv-00155-wmc
Western District of Wisconsin
District Judge William M. Conley

The judgment of the District Court is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.